[No. 60023-1-I.   Division One.   June 16, 2008.]

QUICK RECOVERY SERVICES, *Respondent*, v. DAVID ZEHM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-04844-0, William L. Downing, J., entered April 23, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60133-4-I.   Division One.   June 16, 2008.]

ARTHUR J. MICKEL ET AL., *Respondents*, v. THE ESTATE OF JOHN C. PRUKOP ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-12389-0, Palmer Robinson, J., entered May 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60659-0-I.   Division One.   June 16, 2008.]

DAVID WAITE, *Appellant*, v. CHARLES A. VON GOEDERT, *Individually and as Trustee, Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-09133-5, Linda C. Krese, J., entered September 17, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 34072-1-II; 34875-6-II.   Division Two.   June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FEKRY AHMED HASSAN, *Appellant.*

*In the Matter of the Personal Restraint of* FEKRY AHMED HASSAN, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03172-1, Beverly G. Grant, J., entered October 28, 2005, together with a petition for relief for personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.